UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JOHNNY JOHNSON, JR., )
 )
    Plaintiff, )
 )
v. ) No. 3:09-CV-317
 ) (Phillips/Guyton)
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL SECURITY, )
 )
    Defendant. )

## MEMORANDUM AND OPINION

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 18]. There have been no timely objections to the R&R [Doc. 18], and enough time has passed since the filing of the R&R [Doc. 18] to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that the Commissioner's Motion for Summary Judgment [Doc. 15] be **GRANTED**, and that Plaintiff's Motion for Judgment on the Pleadings [Doc. 11] be **DENIED**. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 18] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

It is **ORDERED,** for the reasons stated in the R&R [Doc. 18], which the Court adopts and incorporates into its ruling, that the Commissioner's Motion for Summary Judgment [Doc. 15] is

**GRANTED**, and that Plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **DENIED**. Accordingly, this action is **DISMISSED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge